UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## 13-80063-CR-DIMITROULEAS/SNOW

Case No. _____

18 U.S.C. §§ 922(g)(1) and 924(a)(2)
18 U.S.C. § 2
18 U.S.C. § 924(d)



FILED by KZ   D.C.
ELECTRONIC
Mar 12, 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES OF AMERICA**

vs.

**ANDY ANTHONY SALAS,**

       Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### POSSESSION OF A FIREARM BY A FELON
### (18 U.S.C. § 922(g)(1))

On or about June 15, 2012, in Palm Beach County, in the Southern District of Florida, the defendant,

**ANDY ANTHONY SALAS,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, a Smith and Wesson Model SW9VE 9mm semi-automatic pistol, and ammunition, that is, Winchester 9mm Luger bullets, in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

### CRIMINAL FORFEITURE
### (18 U.S.C. § 982)

Upon conviction of the violation alleged in this Indictment, the defendant,

ANTHONY SALAS
~~DOMINIQUE BROWN~~,

shall forfeit to the United States any firearm involved or used in the violation, including, a Smith and Wesson Model SW9VE 9mm semi-automatic pistol, Serial No. DVN4808, pursuant to Title 28, United States Code, Section 2461, Title 18, United States Code, Section 924(d), and the procedures outlines at Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

*[signature]*
WIFREDO A. FERRER
UNITED STATES ATTORNEY

*[signature]*
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

Andy Anthony Salas,

             **Defendant.**
_____/

CASE NO. 13-80063-CR-DIMITROULEAS/
SNOW

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division**: (Select One)

___ Miami    ___ Key West
___ FTL   X WPB   ___ FTP

New Defendant(s)    Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    No
   List language and/or dialect

4. This case will take   2   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

    (Check only one)          (Check only one)

    I    0 to 5 days    X      Petty ___
    II   6 to 10 days    ___     Minor ___
    III   11 to 20 days   ___     Misdem. ___
    IV   21 to 60 days   ___     Felony   X
    V   61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers: None
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   X   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   X   No

_____
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500796

\*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: __ANDY ANTHONY SALAS__

Case No: 13-80063-CR-DIMITROULEAS/SNOW

Count #: 1

Possession of a firearm after conviction of a felony

Title 18 United States Code, Sections 922(g)(1) and 924(a)(2)

\* Max.Penalty: 10 years' imprisonment, $250,000 fine, 3 years' supervised release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**